# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

DENISE PRONEL,

      Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,

      Defendant.

Case No.: 3:10-cv-1152

RECEIVED

AUG 2 0 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

_____
Andrew M. Schwartz, Esquire
Attorney for the Defendant
Date: 8/9/2010

_____
Amy L. Bennecoff, Esquire
Attorney for the Plaintiff
Date: 8/10/10

BY THE COURT:

_____
Mary L. Cooper
U.S.D.J.